MAAS BROTHERS, a Corp., v. H. WALTER FULLER, *et al.*

163 So. 470.
Opinion Filed October 9, 1935.

*Hampton, Bull & Crom,* for Plaintiff in Error;

*Cook & Harris & J. Uhle Bethell,* for Defendants in Error;

PER CURIAM.—Plaintiff in error states that there are two questions presented in this case. From a perusal of the record, we conceive that there is only one question presented and that is, whether or not there was any evidence which would support a verdict in favor of the plaintiff. This is true because the court directed a verdict in favor of the defendant.

A careful perusal of the bill of exceptions, which we have considered although its propriety in the record is seriously questioned, shows that there was evidence to support a verdict in favor of the plaintiff and, therefore, the judgment should be affirmed.

It is so ordered.

Affirmed.

WHITFIELD, C. J., and TERRELL, BROWN, BUFORD, and DAVIS, J. J., concur.